IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-79-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVID HUGH MACINTOSH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to suppress statements made during his post-arrest interrogation pursuant to the Fifth and Sixth Amendments to the United States Constitution (DE 39). United States Magistrate Judge Robert B. Jones, Jr., entered Memorandum and Recommendation ("M&R") wherein it is recommended that defendant's motion be denied. No objections to the M&R have been filed, and the time to do so has expired. The issues raised are ripe for ruling.

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). Absent a specific and timely filed objection, the court reviews only for "clear error," and need not give any explanation for adopting the M&R. Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). In this case, the magistrate judge cogently addresses the issues raised by defendant's motion. Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the M&R as its own, and, for the reasons stated therein, defendant's motion to suppress (DE 39) is DENIED.

SO ORDERED, this the 16th day of March, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge