IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:24-CR-79-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID HUGH MACINTOSH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on July 14, 2026, prior to arraignment, for a hearing on the competency of Defendant David Hugh Macintosh ("Defendant") to determine whether he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense in accordance with 18 U.S.C. §§ 4241 and 4247(d). At the hearing, the Government was represented by Assistant United States Attorney Robert Dodson, and Defendant was represented by Ryan Willis. The court advised Defendant of his rights under 18 U.S.C. § 4247(d) which Defendant indicated he understood.

In accordance with the court's order, prior to the hearing, Defendant was evaluated at Metropolitan Detention Center (MDC) in Brooklyn, New York, by Ashley Jenkins, Psy.D., a forensic psychologist. At the conclusion of Defendant's evaluation, Dr. Jenkins issued a report dated September 25, 2025, containing a detailed summary of Defendant's evaluation as well as Dr. Jenkins's findings and conclusion bearing on Defendant's competence. Dr. Jenkins concluded that Defendant was not suffering from a mental disease or defect and is able to understand the nature and consequences of the proceedings against him and assist properly in his defense. The report was filed under seal and provided to counsel prior to the hearing. At the hearing, the Government argued in support of Dr. Jenkins's findings and conclusions in the report. Defendant

did not contest the findings of the report and offered no evidence in rebuttal to the findings and conclusions.

The court finds the report to be well reasoned and persuasive and adopts its findings. Accordingly, after consideration of the position of the parties as well as the findings contained in the report, the court does not find by a preponderance of the evidence, pursuant to 18 U.S.C. § 4241(d), that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

So ordered, the 14th day of July 2026.

Robert B. Jones, Jr.
United States Magistrate Judge

2